IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LEO BOYKINS, III

        Petitioner,        :        Case No. 3:14-cv-255

  - vs -                            District Judge Walter Herbert Rice
                                      Magistrate Judge Michael R. Merz

ERIC D. WILSON, Warden,

                                  :

        Respondent.

## REPORT AND RECOMMENDATIONS

Petitioner Leo Boykins, III, brought this habeas corpus action *pro se* pursuant to 28 U.S.C. § 2241 to obtain relief with respect to two state court cases in the Dayton Municipal Court: *State v. Boykins*, Case No. 2009 TRD 011748, and *State v. Boykins*, Case No. 2011 TRT 003135.

In the 2009 case, Boykins was convicted on his plea of guilty of driving without a valid license on June 26, 2009. He was fined $125 plus court costs and companion charges of driving under suspension, failure to reinstate driver's license, and improper display of license plates were dismissed. When Boykins failed to pay the fine and costs in accordance with the agreed payment plan, a warrant was issued and sent to the Bureau of Motor Vehicles to block issuance of a new license.

In the 2011 case, Boykins was charged with driving without a seatbelt. He failed to appear for initial appearance and a capias warrant was issued for his arrest on March 18, 2011.

Boykins asserts that he should receive jail time credit for time served regarding these two

1

cases because he was house "at the county detention for nearly a year, which Montgomery County refused to arrest him for these offenses." (Petition, Doc. No. 2, PageID 18.) He requests "time served for nearly a year that can and should be credited for those offenses which he is now serving a five (5) year sentence." *Id.* As relief he requests that the warrants or detainers in those two cases be dismissed.

Petitioner is in the custody of Respondent, the Warden of the Federal Correctional Center at Petersburg, Virginia, as the result of a Judgment and Commitment Order of this Court in Case No. 3:12-cr-121. Boykins is serving a sixty-month sentence upon his conviction on a plea of guilty to one count of conspiracy to possess with intent to distribute heroin (Doc. No. 78 in 3:12-cr-121).

Boykins understandably sued his current custodian, Warden Wilson. However, 28 U.S.C. § 2241 only gives District Judges authority to issue the writ "within their respective jurisdictions." This Court therefore does not have authority to issue the writ to Warden Wilson. See *Rumsfeld v. Padilla,* 542 U.S. 426 (2004).

The proper respondent within this judicial district would be the Dayton Municipal Court, the court in which both of the referenced cases against Mr. Boykins were filed. See *Braden v. 30th Judicial Circuit Court,* 410 U.S. 484 (1973). This Court has jurisdiction under 28 U.S.C. § 2241 to issue the writ to the Dayton Municipal Court.

Rather than dismiss the case for lack of jurisdiction over the Respondent, the Magistrate Judge proposed to substitute the Dayton Municipal Court as Respondent and contacted City of Dayton Chief Prosecutor Stephanie Cook to determine if she would object on behalf of the Court to the substitution. Rather than proceed in that manner, Prosecutor Cook obtained from the Dayton Municipal Court dismissals of both of those cases. Certified copies of the disposition

2

entries, signed by Senior Magistrate Collette Moorman, are attached. The seatbelt charge was withdrawn at the request of the Prosecutor ("WDROP" in the dismissal entry) because of Boykins' present confinement. In the no driver's license case, the case was terminated for time served and the balance of fines and costs suspended.

By virtue of the dismissals, there is no longer any process outstanding from the Dayton Municipal Court which can act as a detainer on Petitioner. While this case is not technically moot because there was still a warrant outstanding in 2011 traffic case when this case was filed, Petitioner has now received all the relief he sought[1].

As a formal matter, it is respectfully recommended that the Petition be dismissed without prejudice for lack of personal jurisdiction of the Respondent. Because reasonable jurists would not disagree with this conclusion, Petitioner should be denied a certificate of appealability and the Court should certify to the Sixth Circuit that any appeal would be objectively frivolous.

August 7, 2014.

s/ *Michael R. Merz*
United States Magistrate Judge

### NOTICE REGARDING OBJECTIONS

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Pursuant to Fed. R. Civ. P. 6(d), this period is extended to seventeen days because this Report is being served by one of the methods of service listed in Fed. R. Civ.

---

[1] To the extent the Petition can be read as seeking jail time credit against his federal sentence for time spent in jail, Boykins is not entitled to such credit based on the Dayton Municipal Court cases. Boykins was ordered detained in his federal criminal case by Magistrate Judge Michael Newman on September 28, 2012. Whether Boykins is entitled to jail time credit based on the detention order is not before this Court in the present case and must be presented first to the Bureau of Prisons.

3

P. 5(b)(2)(C), (D), (E), or (F). Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendations are based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections within fourteen days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140, 153-55 (1985).


Copies:     The Honorable Collette Moorman
            City Prosecutor Stephanie Cook
            Warden Eric Wilson

## REPORT OF ARREST

**DATE OF ARREST:** _____

**COURT ACTION:**
- ☐ GUILTY
- ☐ NOT GUILTY
- ☐ RELEASED TO OTHER AUTHORITY

### ADDITIONAL OFFICER
Name: _____ Pda No.: _____ TICKET NUMBER: _____

Owner of Veh.: BRITTANY APPLEBERRY
Owner of Add.: 5381 SALEM POND DR.
Employer: _____
Employer's Add.: _____
Occupation: _____

### OFFICER'S SUPPLEMENTAL COMMENTS
Direction: _____ On _____ (STREET)
Apprehended at: _____ (ADDRESS)

LIC & BC PLATE WAS ENDSBYS REAR LENS SHOULD NUMBERS COULD NOT BE SEEN. DRIVER WAS NO OL/SUSPENDED

No. of Occupants: 1   Cruiser No.: 415   Driver Off.'s Initials: CS

JUVENILES LIST NAMES — AGES — ADDRESSES OF ALL JUVENILE CAR OCCUPANTS ABOVE

### JUVENILE INFORMATION
(fields mostly blank)

Date stamp: 8-7-14
*I hereby certify the foregoing to be a true and correct copy of the original on file in this court.*
**DAYTON MUNICIPAL COURT**
Mark Owens, Clerk of Court
By: _____ Deputy

### ARREST NOTIFICATION
(fields blank)

---

☒ IN THE DAYTON MUNICIPAL COURT
☐ IN THE MONTGOMERY COUNTY Juvenile Court

TICKET NO.: **1750954**
CASE NO.: **04DT1948**

NAME: LEO A BOYKINS III
STREET: 621 PARKER AVE
CITY, STATE: DAYTON OH   ZIP: 45407

LICENSE ISSUED MO. __ YR. __ EXPIRES BIRTHDATE 20 __ STATE __
SSN: [redacted]   D.O.B.: MO. 9 DAY 9 YR. 82
RACE: B  SEX: M  HEIGHT: 6'1"  WEIGHT: 275  HAIR: BLK  EYES: BRO
FINANCIAL RESPONSIBILITY PROOF SHOWN ☐ Yes ☐ No

LICENSE NO.: _____
Lic. Class: _____  DOT # _____  ☐ Does Not Apply

### TO DEFENDANT: COMPLAINT
ON 6-13 20 04 AT 1735 M. YOU ☒ OPERATED ☐ PARKED ☐ WALKED A/A
☐ Race ☐ Comm. ☐ Cycle ☐ Over 26001 ☐ CDL ☐ Haz. Mat.
VEHICLE: YR. 00  MAKE: BUICK  BODY TYPE: 4DR
COLOR: BEIGE   LIC: R856029   STATE: OH
UPON A PUBLIC HIGHWAY, NAMELY: GETTYSBURG
AT: FAIRBANKS   (M.P.)
IN THE CITY OF DAYTON IN MONTGOMERY
COUNTY (NO. 57 ) STATE OF OHIO AND COMMITTED THE FOLLOWING OFFENSE(S).

| | Offense | ORC/ORD/T.P. |
|---|---|---|
| A ☒ | SPEED ASSURED CLR DIST ☐ Over limit ☐ Unress. cond. ☒ ACDA ☐ Radar ☐ Air ☐ VASCAR ☐ Pace ☐ Laser ☐ Stationary ☐ Moving | ORC 4511.21 |
| B ☒ | OVI ☐ Prohibited blood alcohol concentration ___ BAC ☐ Blood ☐ Breath ☐ Urine ☐ Refused | ORC 4511.19 |
| C ☒ | DRIVER LICENSE: ☐ None ☐ Revoked ☒ Suspended ☐ Expired ☐ 6 months or less ☐ Over 6 months Suspension Type: _____ | ORC 4510.11A |
| D ☒ | SAFETY BELT — Failure to wear  SUSP ☐ Driver ☐ Passenger ☐ Child Restraint | ORC 4510.16 |
| E ☒ | OTHER OFFENSE: FRA RSQD | ORC 4510.21 |
| F ☒ | OTHER OFFENSE: DRUG OFF SUSPENSD | ORC 4510.17 |

☐ DRIVER LICENSE HELD  ☐ VEHICLE SEIZED  ARREST CODE: _____
PAVEMENT: ☒ Dry ☐ Wet ☐ Snow ☐ Icy
VISIBILITY: ☒ Clear ☐ Cloudy ☐ Dusk ☐ Night
WEATHER: ☐ Rain ☐ Snow ☐ Fog ☒ No Adverse
TRAFFIC: ☐ Heavy ☒ Moderate ☐ Light ☐ None
AREA: ☒ Business ☐ Rural ☐ Residential ☐ Industry ☐ School
CRASH: ☐ Yes ☒ No ☐ Arrest Caused ☐ Injury ☐ Non-Injury ☐ Fatal
Crash Report Number: _____

REMARKS: _____

ACCOMPANYING CRIMINAL CHARGE ☐ Yes ☒ No  TOTAL # OFFENSES: 6

### SUMMONS TO DEFENDANT
You are summoned and ordered to appear at the:
☒ Dayton Municipal Court, Traffic Violations Bureau, 301 W. Third St., Dayton, Ohio 45422 at 8:30 a.m.
☐ Montgomery County Juvenile Court, 303 W. Second St., Dayton, Ohio 45422 at 5:30 p.m.

COURT DATE/LAST DAY TO PAY: MONTH 6 DAY 23 20 04

If you fail to appear or fail to make proper disposition or payment of this ticket on or before the date shown, you may be arrested. See reverse side for additional important information.
This summons served Personally on the defendant on 6-13 20 04
The issuing-charging law enforcement officer states under the penalties of perjury and falsification that he has read the above complaint and that it is true.

Signature: [signed]
Issuing-Charging Law Enforcement Officer (printed): MICHAEL SAVAGE

**COURT RECORD**

**DAYTON MUNICIPAL COURT**

E N T R Y

CASE NO: 09TRD11748 DEFENDANT: LEO BOYKINS III

8-7-14
Case terminated for
time served - D in prison
suspend fines
+ costs

8-7, 2014

I hereby certify the foregoing to be a true and correct copy of the original on file in this court.

DAYTON MUNICIPAL COURT
Mark E. Owens, Clerk of Court
By _____ Deputy

J 115 CR-W

# REPORT OF ACTION ON CASE

**STATE OF OHIO MONTGOMERY COUNTY CITY OF DAYTON**
☐ IN THE MONTGOMERY COUNTY JUVENILE COURT

**1826542**

DATE OF ARREST _____ Month/Day/Year ___ Time ___ AM/PM

CASE NO. __HT 3135__
GRANT CODE _____

## COURT ACTION
☐ GUILTY ☐ RELEASED TO OTHER AUTHORITY
☐ NOT GUILTY ☐

NAME: Leo A. Boykins III
STREET: 821 Huron Av
CITY, STATE: Dayton, Oh  ZIP: 45417

OPERATOR LICENSE/STATE I.D. #: SK364976  None☐
BIRTH DATE: 090982  ISSUE DATE: Expired  STATE: OH
CLASS: ___  EXPIRES: ___  ENDORSEMENT(S)/RESTRICTION(S): ___  SS # (last 4 digits): 5527
☐ CDL ☐ MC ☐ Other

SEX: M  HEIGHT: 6'01  WEIGHT: 275  EYES: Bro  HAIR: Blk  RACE: B
FINANCIAL RESPONSIBILITY PROOF? ☐ Yes ☐ No ☐ N/A

*If no OL/State ID: REQUIRED documentation attached:*

TO DEFENDANT: COMPLAINT ON Mar 1, 20 11 AT 0225 AM/PM, YOU
Operated Passenger/Parked/Walked a ☐ Passenger ☐ Motorcycle ☐ Bicycle ☐ Other
☐ Commercial DOT # ___  ☐ ≥26,001 lbs  ☐ <16 Pass. Bus  ☐ ≥16 Pass. Bus  ☐ Haz. Mat
VEHICLE: YEAR 2011  MAKE Cadillac  MODEL STS
COLOR Silver  LICENSE # 717LGH  STATE Ky
UPON A PUBLIC HIGHWAY, NAMELY Brooklyn
AT/NEAR Hoover a (M.P.)
IN THE CITY OF DAYTON, IN MONTGOMERY COUNTY (No. 57) AND THE STATE OF OHIO, AND COMMITTED THE FOLLOWING OFFENSE:

## OFFICER'S NOTES
Radar #: ___  Cal. Times: ___
Laser #: ___  Cal. Times: ___
A/V Record #: ___
Owner of Veh.: Leased vehicle
Owner's Add.: ___
Employer: ___
Employer's Add.: ___
Occupation: ___

SPEED: ___ MPH in ___ MPH zone  ☐ ORC ☐ ORD ☐ T.P.
☐ Over limits  ☐ Unsafe for conditions  ☐ ACDA
☐ Radar  ☐ Air  ☐ VASCAR  ☐ Pace  ☐ Laser  ☐ Stationary  ☐ Moving

OVI: ☐ Under the influence of alcohol/drug of abuse, ___  ☐ ORC ☐ ORD ☐ T.P.
☐ Prohibited blood alcohol concentration ___ BAC
☐ Blood  ☐ Breath  ☐ Urine  ☐ Refused

Prior OVIs: # of prior OVIs ___ Years of prior OVIs ___

DRIVER LICENSE: ☐ None ☐ Not on person ☐ Revoked ☐ Suspended  ☐ ORC ☐ ORD ☐ T.P.
EXPIRED: ☐ <6 months ☐ >6 months ☐ Failure to Reinstate
Suspension Type ___

## OFFICER'S SUPPLEMENTAL COMMENTS
Direction: NB on Brooklyn/Oakridge (STREET)
Apprehended at: 644 Brooklyn (ADDRESS)

driver Starling Grover didn't stop at stop sign NB Brooklyn/Oakridge, then continued on to Brooklyn Hoover. No seatbelt - no justification.

passenger rear seat Malcolm Owens No Id

SAFETY BELT: Failure to wear  ☒ ORC ☐ ORD ☐ T.P.
☐ Driver ☒ Passenger ☐ Child Restraint ☐ Booster Seat  4513.263B3

OTHER OFFENSE ___  ☐ ORC ☐ ORD ☐ T.P.
OTHER OFFENSE ___  ☐ ORC ☐ ORD ☐ T.P.

DRIVER LICENSE HELD | VEHICLE SEIZED | JUVENILE OFFENDER
PAVEMENT: ☒ Dry ☐ Wet  ☐ Snow ☐ Icy  # of Lanes ___  ☐ Construction Zone
VISIBILITY: ☐ Clear ☐ Cloudy ☐ Dusk ☒ Night ☐ Dawn
WEATHER: ☐ Rain ☐ Snow ☐ Fog ☒ No Adverse
TRAFFIC: ☐ Heavy ☐ Moderate ☒ Light ☐ None
AREA: ☐ Business ☐ Rural ☒ Residential ☐ Industry ☐ School
CRASH: ☐ Yes ☒ No ☐ Almost Caused ☐ Non-Injury ☐ Injury ☐ Fatal
Crash Report Number: ___
REMARKS: ___

ACCOMPANYING CRIMINAL CHARGE ☐ Yes ☒ No  TOTAL # OFFENSES: 1

## WITNESSES:
Name ___ Address ___ Telephone ___
Name ___ Address ___ Telephone ___

## SUMMONS TO DEFENDANT
You are summoned and ordered to appear at the
☒ Dayton Municipal Court, Traffic Violations Bureau, 301 W. Third St., Dayton, Ohio 45402 at 8:30 a.m.
☐ Montgomery County Juvenile Court, 380 W. 2nd Street, Dayton, Ohio 45422 at 5:30 p.m.

COURT DATE/LAST DAY TO PAY: MONTH Mar  DAY 11  20 11

If you fail to appear or fail to make proper disposition or payment of this ticket on or before the date shown, you may be arrested. See reverse side for additional important information.
This summons served Personally on the defendant on Mar 1, 20 11
The issuing-charging law enforcement officer states under the penalties of perjury and falsification that he has read the above complaint and that it is true.

Court Code: 5720  PDA: 25274  ASN: 310

Issue-Charging Law Enforcement Officer (signature)
Issue-Charging Law Enforcement Officer (printed): Jerry Bell
Rev. 03/10

NOTE: ISSUING OFFICER BE SURE TO VERIFY ADDRESS. IF DIFFERENT FROM LICENSE ADDRESS WRITE PRESENT ADDRESS IN SPACE PROVIDED

COURT RECORD

---

*[Stamp:] I hereby certify the foregoing to be a true and correct copy of the original on file in this court.*
*DAYTON MUNICIPAL COURT*
*Mark E. Owens, Clerk of Court*
*By _____ Deputy*
*8-7-14*

[Side column fields: VIOLATION / SCALE LOCATION / AMOUNT OF OVERLOAD / OVERLOADED ON: ☐ Single Axle ☐ Tandem ☐ Gross — Length if gross ☐ Platform ☐ Inner Bridge ☐ Portable / DOT # / PUCO # / ARREST NOTIFICATION / R.C. SECTION / Permit Holder or Company Name or Vehicle Owner Name / Street Address / City / State / Zip]

## JUVENILE COMPLAINT

| ALIAS | | MARRIED | AGE |
|---|---|---|---|
| SCHOOL | | GRADE | |
| EMPLOYER | | | ADDRESS |
| OWNER OF CAR | | | ADDRESS |
| NO. OF OCCUPANTS | ☐ WITH OWNER CONSENT | ☐ WITHOUT CONSENT | |
| NAME OF FATHER (NATURAL) | PHONE NO. | | ☐ LIVING ☐ DECEASED |
| ADDRESS | | | |
| NAME OF MOTHER (NATURAL) | PHONE NO. | | ☐ LIVING ☐ DECEASED |
| ADDRESS | | | |
| Marital Status of Parents | ☐ DIVORCED ☐ LEGAL SEPARATION | ☐ OTHER SEPARATION ☐ RE-MARRIED | |
| GUARDIAN | | | PHONE NO. |
| ADDRESS | | | |
| Issuing Officer(s) | Assigned to (Unit) | | |
| RELEASED OR PLACE OF DETENTION | | | |
| IMPORTANT: HAVE PARENTS OR GUARDIAN BEEN NOTIFIED THAT JUVENILE IS BEING DETAINED? | | YES | NO |

**STATEMENT OF FACTS CONCERNING THE COMPLAINT**

JUVENILE COMPLAINT

---

| Cont'd | NG | G | No Contest |
|---|---|---|---|

Case No. _____

# CAPIAS ISSUED

MAR 1 8 2011

RET/REC: 8-7-2014

Kevin E. Nichols W.F.O.

8-7-14 WDROP △ in federal prison for many years to come. — 1-27-17

_8-7-14_, 20_14_

I hereby certify the foregoing to be a true and correct copy of the original on file in this court.

**DAYTON MUNICIPAL COURT**
Mark E. Owens, Clerk of Court
By _____ Deputy

WARRANT / F.W. / P.D. ORDERED BY

_____
JUDGE

***************

_____
ATTORNEY FOR DEFENDANT